JS-6

**FILED**

APR - 9 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOVAUGHN WAMPOON ALLEN, ) <br><br> Petitioner, ) <br><br> v. ) <br><br> V.M. ALMAGER, Warden, ) <br><br> Respondent. ) <br> _____ ) | Case No. EDCV 080-00170-VAP (MLG) <br><br> JUDGMENT |

    IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: *April 7, 2008*

_____
Virginia A. Phillips
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY